BOLAND, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Catharine Boland, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Judgment and order reversed, and a new trial ordered, with costs to abide the event. Held, that the question of damages should have been submitted to the jury. Ihl v. Railroad Co., 47 N. Y. 317; Gorham v. Railroad Co., 23 Hun, 449; Birkett v. Ice Co., 110 N. Y. 504, 18 N. E. 108; Murray v. Usher, 117 N. Y. 542, 23 N. E. 564; Code Civil Proc. § 1904.